

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

DEC 17 1997

MICHAEL N. ...

oprcpff.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

NATHAN JAMES MCDADE, TDCJ #87509  §
                                   §
V.                                 §   CIVIL ACTION NO. H-97-2995
                                   §
TOMMY THOMAS, et al..              §

### ORDER ON COLLECTION AND PAYMENT OF FULL FILING FEE

The court has considered the plaintiff's Application for Leave to Proceed *In Forma Pauperis* in light of the Prison Litigation Reform Act of 1996 (PLRA), and finds the following:

[ ] Plaintiff has paid the initial partial filing fee as ordered by the court.

[ X ] Plaintiff has not paid in full the initial partial filing fee but has shown good cause for failing to do so.

It is therefore **ORDERED**:

[ ] The agency having custody of plaintiff shall, when funds exist in plaintiff's inmate trust account, forward to the court an initial partial filing fee of $_____.

[ X ] Plaintiff shall pay $150.00, the full filing fee, in monthly installments as provided in 28 U.S.C. § 1915(b)(1).

[ X ] After payment of the initial partial filing fee, the agency having custody of plaintiff shall deduct 20 percent of each deposit made to plaintiff's inmate trust account and forward payments to the court on a regular basis, provided the account exceeds $10.

[ X ] Plaintiff shall sign all consents and other documents required by the agency having custody of plaintiff to authorize the necessary withdrawals from plaintiff's inmate trust account.

**NOTICE TO PLAINTIFF:** If you do not wish to pay the filing fee as set forth in this order, you must notify the court in writing, by letter or motion, that you do not wish to prosecute this civil action. Your notice must be mailed within 30 days of the date of entry of this order.



Plaintiff's motion to proceed in forma pauperis (Instrument # 3) is GRANTED.

The Clerk will mail a copy of this Order to the Inmate Trust Fund, P.O. Box 629, Huntsville, Texas 77342-0629 and to Amber Rives, TDCJ Litigation Support, P.O. Box 13084, Austin, Texas 78711.

SIGNED and ORDERED this 16th day of December, 1997

Frances H. Stacy
United States Magistrate Judge

971211.1557 P:\PLRA3.                             2